UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Margaret E Schweigert
180 W 20th St. #4k
New York, NY. 10011
Tel: 646-477-7824

Case: 1:19-cv-01902
Assigned To : Contreras, Rudolph
Assign. Date : 6/25/2019
Description: Pro Se Gen. Civ. (F-DECK)

VS.

Liberty Mutual Insurance Co.
175 Berkeley St.
Boston, MA 02116

COMPLAINT

Pro Se attempt to recover damages resulting from making an uninformed decision. Defendant began paying out, July 1, 2017, pension (retirement) money to Margaret E. Schweigert. The amount of money, paid monthly, should be approximately twice the amount that is being paid.

Margaret E. Schweigert would like the Court to demand payment from Defendant.

*Margaret E Schweigert* (signature)

RECEIVED
Mail Room

JUN 2 5 2019

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia